IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEVORKIAN GRACE PLAINTIFF

VS. CIVIL ACTION NO. 5:25-CV-53-DCB-BWR

WARDEN T. DELANEY DEFENDANT

ORDER

Before the Court is the Report and Recommendation ("Report") [ECF No. 19] of the United States Magistrate Judge entered herein on October 20, 2026, after referral of hearing by this Court in this case brought pursuant to 42 U.S.C. § 1983. In the Report, Judge Rath recommended that Defendant Warden T. Delaney's Motion for Partial Summary Judgment [ECF No. 15] be denied without prejudice. The Report further recommended that the Court establish a deadline for Defendant Delaney to make an election to either (1) proceed to an evidentiary hearing to resolve the issue of exhaustion of administrative remedies, or (2) waive the exhaustion defense and proceed to a determination of the merits. No party has filed objections to the Report within the time to do so, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report [ECF No. 19] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report be, and the same hereby is, adopted as the finding of this Court. Accordingly, Defendant Delaney's Motion for Partial Summary Judgment [ECF No. 15] is denied without prejudice. Furthermore, Defendant Delaney is given until December 2, 2026, to file a Response to this Order indicating his election to either (1) proceed to an evidentiary hearing to resolve the issue of exhaustion of administrative remedies, or (2) waive the exhaustion defense and proceed to a determination of the merits.

SO ORDERED AND ADJUDGED, this the 18th day of November, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE